# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARK ANTHONY WESSON**
*Ex Rel Mark Wesson-Bey*                                                                    **PLAINTIFF**

v.                              Case No. 4:21-cv-00828 JM

**ELIZABETH DUTY, Attorney,**
**J.P. Morgan Mortgage Acquisition Corp;**
**IBERIABANK MORTGAGE COMPANY;**
**CARRINGTON MORTGAGE SERVICES, LLC;**
**ARKANSAS SECURITIES DEPARTMENT**                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 23rd day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE